CROCKETT v. ALLSTATE INSURANCE CO.

No. 441P95

Case below: 120 N.C.App. 407

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

DARE COUNTY BD. OF EDUCATION v. SAKARIA

No. 229A95

Case below: 118 N.C.App. 609

Motion by plaintiff to dismiss appeal for lack of substantial constitutional question denied 8 February 1996.

DEVANE v. CHANCELLOR

No. 519P95

Case below: 120 N.C.App. 636

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

FINK v. FINK

No. 515P95

Case below: 120 N.C.App. 412

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

GATHINGS v. DAWSON CONSUMER PRODUCTS

No. 541P95

Case below: 121 N.C.App. 216

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.